# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1548. SIMON DINKINS, JR. et al v. EMORY HEALTHCARE, INC. et al.**

Simon Dinkins, Jr. and Emma Dinkins (the "Plaintiffs") filed a complaint against Emory Healthcare, Inc., Emory University Hospital Midtown (the "Emory Parties"), and others. The Emory Parties filed a motion for summary judgment, which the trial court granted in part, leaving a negligence claim against them. The Emory Parties moved for reconsideration, or in the alternative, for the renewal of their motion for summary judgment on the negligence issue. On December 22, 2021, the trial court entered a final order granting summary judgment to the Emory Parties on the remaining negligence claim and dismissing all of the remaining defendants. The Plaintiffs then filed a motion for reconsideration from the trial court's order on January 4, 2022. The trial court denied the motion for reconsideration on March 31, 2022. The Plaintiffs  filed a notice of appeal from the trial court's order denying the motion for reconsideration on April 29, 2022. We, however, lack jurisdiction.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). As a rule, "[a] notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . . ." OCGA § 5-6-38 (a). The Plaintiffs did not file a notice of appeal within 30 days after entry of the grant of summary judgment. Instead, they filed a motion for reconsideration. However, the motion did not extend the time to appeal from the underlying order, and the order resolving it is not subject to direct appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000) ("a motion for reconsideration does not toll the time for filing a direct appeal"); *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007)

("[T]he denial of a motion for reconsideration of a final judgment is not itself a judgment subject to direct appeal.").

Because the Plaintiffs did not file a timely notice of appeal from the summary judgment order, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/19/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*